■ Muriel Castadot, Appellant, v Lucius Palmer, Respondent. [698 NYS2d 488] —Appeal from order, Supreme Court, New York County (Marylin Diamond, J.), entered July 15, 1999, which, *sua sponte*, appointed a forensic expert to interview, evaluate and report on the parties, their minor child and the issues of permanent custody and visitation, unanimously dismissed, without costs, as taken from a nonappealable order.

The appeal must be dismissed as taken from an order that was not the result of a motion made on notice (CPLR 5701 [a] [2]; *see, Everitt v Health Maintenance Ctr.*, 86 AD2d 224, 227). Concur—Sullivan, J. P., Tom, Rubin, Andrias and Buckley, JJ.